IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PAMELA MASON, et al.              :     CIVIL ACTION
                                  :
         v.                       :
                                  :
BANK OF AMERICA, N.A., et al.     :     NO. 13-3966

ORDER

AND NOW, this 9th day of October, 2013, upon consideration of Motion of McCabe, Weisberg & Conway to Dismiss Civil Complaint of the Plaintiffs (Docket No. 4), Defendant Wells Fargo Home Mortgage's Motion to Dismiss the Complaint or Alternatively for a More Definite Statement (Docket No. 9), Defendant HSBC Bank USA National Association, as Trustee's Motion to Dismiss the Complaint or Alternatively for a More Definite Statement (Docket No. 10), Motion of Defendant Bank of America, N.A. to Dismiss Plaintiffs' Complaint (Docket No. 12), the oppositions and reply thereto, as well as plaintiffs' Motion for Relief (Docket No. 17), and the oppositions thereto, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the defendants' motions are GRANTED and the plaintiffs' motion is DENIED.  This case is hereby dismissed with prejudice.  This case is closed.

                              BY THE COURT:

                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.