IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SYNELL HALL-PHILLIPS, BARBARA WEAR,
PAMELA MASON
JOHNNY YOUNG and KIM L. YOUNG aka KIM YOUNG
MARK NORRIS
PAUL D. SAVAGE and TANYA R. SAVAGE

V.                                                          Civil Case No. 13-3966

BANK OF AMERICA, NA, HSBC BANK USA NATIONAL ASSOCIATION,
MCCABE WEISBURG & CONWAY PC, PHELAN, HALLINAN & SCHMIEG
LLP, WELLS FARGO HOME MORTGAGE LOAN

## MOTION TO ADD ADDITIONAL PLAINTIFFS

On this    5TH    day of    December, 2013 it is hereby Ordered that Plaintiff(s) Pro Se Motion to add Additional Plaintiff(s) is Granted.  Defendant may file a response to Plaintiffs' Motion to Add Additional Plaintiff(s) on or before January 5 ,   2013

_____
The Honorable MARY J. MCLAUGHLIN
United States District Court Judge

Dated :December 5, 2013